■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CESAR FLORES, Also Known as CESAR FLOREZ, Appellant.— Appeal by the defendant, as limited by his motion and supplemental pro se brief, from a sentence of the Supreme Court, Suffolk County (McInerney, J.), imposed December 18, 1987.

Presiding Justice Mangano has been substituted for former Presiding Justice Mollen. Justice Brown has been substituted for former Justice Spatt.

Ordered that the sentence is affirmed. No opinion. Mangano, P. J., Thompson, Brown and Rosenblatt, JJ., concur.